UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62356-CIV-DIMITROULEAS

RUDOLPH BETANCOURT,

    Plaintiff,

vs.

KOLO 2, LLC.,
DOLPHIN FISH & CHICKEN CORPORATION,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 13], filed herein on February 9, 2024.  The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 13] is hereby **APPROVED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of February, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record